# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHAMAN POPLI, :
    Plaintiff, :
     :
    v. : Civ. No. 17-337
     :
AIR INDIA AIRLINE, :
    Defendant. :
     :

## O R D E R

**AND NOW**, this 5th day of May, 2017, upon consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 10), Plaintiff's Cross-Motion to Transfer (Doc. No. 14), Defendant's Response (Doc. No. 15), and all related submissions, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 11) is **GRANTED**. Plaintiff's Cross-Motion to Transfer (Doc. No. 14) is **DENIED**. All claims against Defendant are **DISMISSED** for want of jurisdiction. The Clerk of Court shall **CLOSE** this case.

                                                 **AND IT IS SO ORDERED.**

                                                 */s/ Paul S. Diamond*

                                                 _____

                                                 Paul S. Diamond, J.